UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JAN VAN DUSEN,   No. C 13-05023 LB

        Plaintiff,   **ORDER REGARDING ADDRESSES FOR SERVING DEFENDANTS**

   v.

CITY OF OAKLAND, et al.,

        Defendants.
_____/

On October 28, 2013, Jan Van Dusen, who is proceeding *pro se*, filed a complaint against 51 separate defendants. She also filed a motion to proceed *in forma pauperis* asking the court to require the U.S. Marshal to serve those 51 defendants with the complaint and summonses. The court granted her motion to proceed *in forma pauperis* on December 12, 2013, and that same day the Clerk of the Court issued Ms. Van Dusen a notice stating:

> An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).
>
> To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.
>
> A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

12/12/2013 Clerk's Notice, ECF No. 9. To date, Ms. Van Dusen has not responded to the Clerk of the Court's Notice.

C 13-05023 LB
ORDER

1   The court reminds Ms. Van Dusen that under Federal Rule of Civil Procedure 4(m), absent good
2   cause, service on a defendant must take place within 120 days of the filing of the complaint, which
3   in this case is February 25, 2014.  The U.S. Marshal cannot serve any of the defendants to this action
4   until Ms. Van Dusen provides the Clerk of the Court with addresses for those defendants.  If service
5   is not accomplished, the court may dismiss this action without prejudice for failure to prosecute.  If
6   Ms. Van Dusen determines that she is not going to proceed against any of the defendants, she should
7   voluntarily dismiss them from this action pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 13-05023 LB
ORDER                                    2