UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JAN VAN DUSEN,

        Plaintiff,

   v.

CITY OF OAKLAND, et al.,

        Defendants.

No. C 13-05023 LB

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE A FIRST AMENDED COMPLAINT**

[Re: ECF No. 13]

On October 28, 2013, Jan Van Dusen, who is proceeding *pro se*, filed a complaint against 51 separate defendants. Since then, the court has granted her motion to proceed *in forma pauperis*, ordered the U.S. Marshal to serve those defendants, and reminded Ms. Van Dusen of her need to provide the Clerk of the Court with addresses for those defendants and of the requirement that they be served within 120 days of her filing the complaint. On January 30, 2014, Ms. Van Dusen filed an ex parte motion to file a First Amended Complaint. Motion, ECF No. 13. She says that allowing her to do so will allow her to better state her claims against certain defendants. Upon review of her motion, the court finds good cause to allow her to file a First Amended Complaint. Accordingly, the court **GRANTS** Ms. Van Dusen's motion. She shall file a First Amended Complaint no later than February 24, 2014. The court further reminds her of the service requirements under Federal Rule of Civil Procedure 4(m).

1  **IT IS SO ORDERED.**

2  Dated: February 10, 2014

3  _____
   LAUREL BEELER
   United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 13-05023 LB
ORDER

2