UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JAN VAN DUSEN,<br><br>    Plaintiff,<br>  v.<br>CITY OF OAKLAND, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-05023 LB<br><br>**ORDER TO SHOW CAUSE RE:**<br>**FAILURE TO PROSECUTE**<br><br>[Re: ECF No. 14] |

On October 28, 2013, Jan Van Dusen, who is proceeding *pro se*, filed a complaint against 51 separate defendants. Since then, the court has granted her motion to proceed *in forma pauperis*, ordered the U.S. Marshal to serve those defendants, and reminded Ms. Van Dusen of her need to provide the Clerk of the Court with addresses for those defendants and of the requirement that they be served within 120 days of her filing the complaint. *See* Fed. R. Civ. P. 4(m). On January 30, 2014, Ms. Van Dusen filed an ex parte motion to file a First Amended Complaint. Motion, ECF No. 13. She said that allowing her to do so would allow her to better state her claims against certain defendants. On February 10, 2014, the court granted her motion and gave her leave to file a First Amended Complaint by February 24, 2014. 2/10/2014 Order, ECF No. 14.

It is now nearly two weeks past February 24, 2014, and Ms. Van Dusen has not filed a First Amended Complaint. *See generally* Docket. The court **ORDERS** her to show cause why the case should not be dismissed for her failure to prosecute it. She shall do so by filing a written explanation no later than **March 14, 2014**. Failure to do so may result in dismissal of the case

without prejudice for failure to prosecute.  See *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (court may dismiss an action based on a party's failure to prosecute an action); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (setting forth five non-exhaustive factors for the court to consider).

**IT IS SO ORDERED.**

Dated: March 7, 2014

_____
LAUREL BEELER
United States Magistrate Judge