Jan Van Dusen, SBN 142700
Self-Represented
Law Office of Jan Van Dusen
2340 Powell Street #293
Emeryville, CA 94608
Tel    510-689-6541
Fax    501-788-6210
janvandusen@gmail.com

Plaintiff, Self-Represented

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAN VAN DUSEN, | Case No. C 13-05023 VC |
| Plaintiff, | NOTICE OF UNAVAILABILITY OF PLAINTIFF |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that plaintiff Jan Van Dusen will be unavailable to respond to motions, attend hearings either in person or telephonically, and for all or nearly all other purposes from May 19 through July 31, 2014, while she is preparing for trial and in trial on *People v. Van Dusen,* Alameda County Superior Court Case #169934. Trial is set to begin on May 27, 2014, and is expected to continue for approximately eight weeks.

Dated: May 26, 2014                                 */s/ Jan Van Dusen*
                                                              Jan Van Dusen, Plaintiff *in Pro Per*

1

| | |
|---|---|
| JAN VAN DUSEN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | Case No. C 13-05023 VC<br><br>NOTICE OF UNAVAILABILITY OF PLAINTIFF |

    I, Jan Van Dusen, declare as follows: I am a citizen of the United States, over the age of eighteen years and a party to the above-referenced action.  My business address is 2340 Powell St. #293, Emeryville, CA 94608.  On the date below, I served a copy of the following document(s):

NOTICE OF UNAVAILABILITY OF PLAINTIFF

by ECF only.

    I declare on penalty of perjury under federal law that the foregoing is true.

Dated:  May 26, 2014                              */s/ Jan Van Dusen*
                                                                    Jan Van Dusen

2