UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN VAN DUSEN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No.  13-cv-05023-VC<br><br>**ORDER STAYING CASE PENDING CRIMINAL TRIAL** |

The Court is in receipt of the plaintiff's Notice of Unavailability.  (Docket No. 71).  The plaintiff states that trial began on May 27, 2014 in her criminal case, *People v. Van Dusen,* Alameda County Superior Court Case #169934, and is expected to continue for approximately eight weeks.  Accordingly, the Court orders this case STAYED pending resolution of the plaintiff's criminal trial in Alameda Superior Court.  All pending motions are DENIED without prejudice and may be refiled upon the termination of the criminal matter.

A case management conference is set for November 7, 2014 at 10:30 a.m.  The parties shall file updated case management statements (which can be separate, since the plaintiff is proceeding pro se) no later than seven days prior, or on or before October 31, 2014.  The statement shall report on the status of the state criminal case and its effect on this action, if any.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
VINCE CHHABRIA
United States District Judge