UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN VAN DUSEN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | Case No. 13-cv-05023-VC<br><br>**ORDER** |

The plaintiff is ordered to serve a copy of the Court's order staying the case (D.E. 72) on any defendant who has been served with the complaint. In the future, she must serve a copy of the order staying the case along with the complaint, as long as the case is stayed.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
VINCE CHHABRIA
United States District Judge