UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN VAN DUSEN,

          Plaintiff,

     v.

CITY OF OAKLAND, et al.,

          Defendants.

Case No.  13-cv-05023-VC

**ORDER CLARIFYING STAY**

Re: Docket Nos. 132, 134

This case is stayed in its entirety, including deadlines for responsive pleadings and other motions, through the sentencing hearing of Jan Van Dusen.  All parties that have been served are instructed to notify the Court in writing within 10 days of the sentencing hearing about the outcome of that hearing.  The case will remain stayed until the Court issues a subsequent order. The plaintiff is ordered to serve a copy of this order on any defendant who has been served with the complaint.

     **IT IS SO ORDERED.**

Dated:  July 9, 2014

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California