UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN VAN DUSEN,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendant.

Case No. 13-cv-05023-VC

**ORDER**

The plaintiff was ordered to file a brief by September 15, 2014, addressing the question whether all or part of her lawsuit should be dismissed under *Heck v. Humphrey*, 512 U.S. 477 (1994). *See* Doc. No. 137. As of the date of this Order, the plaintiff has not filed this brief (or any other document). Accordingly, the plaintiff is directed to file her brief within seven days of this Order, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 18, 2014

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN VAN DUSEN,

        Plaintiff,

    v.

CITY OF OAKLAND, et al.,

        Defendants.

Case No.  13-cv-05023-VC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 9/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

N. Lewis
13410 Bellamy Brother Blvd.
Dade City, FL 33525

Dated: 9/18/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the Honorable VINCE CHHABRIA

2