KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Fax:  (415) 773-5759

STACEY E. STILLMAN (STATE BAR NO. 197459)
sstillman@orrick.com
JASON K. YU (STATE BAR NO. 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:      +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendants BrightHaven, Island Cat Resources
& Adoption, Fix Our Ferals, Merry Bates, Dairne Ryan, Susan
Hoffman, Ellen Lynch, and Linda McCormick

E. FORREST SHRYOCK, JR. (STATE BAR NO. 121929)
fshryock@vmbllp.com
CORIE A. EDWARDS (STATE BAR NO. 184042)
cedwards@vmbllp.com
VOGL MEREDITH BERK LLP
456 Montgomery St., 20th Flr.
San Francisco, CA  94104
Telephone:  (415) 398-0200
Facsimile:   (415) 398-2820

Attorneys for Defendants Fix Our Ferals, Dairne Ryan, Linda
McCormick, Susan Hoffman, and Ellen Lynch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN VAN DUSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF OAKLAND, a municipal<br>corporation, et al.<br><br>                    Defendants. | Case No. 3:13-cv-05023-VC<br><br>**[~~PROPOSED~~] ORDER CLARIFYING<br>COURT'S JULY 30, 2014 ORDER AS<br>MODIFIED** |

1

**[~~PROPOSED~~] ORDER AS MODIFIED**

2

     This Court, having reviewed the Administrative Motion by Animal Rescue Defendants

3

For Clarification of Court's July 30, 2014 Order, issues the following clarification.  Due to

4

Plaintiff's filing of her brief on September 25, 1024, all defendants' response deadline shall be

5

continued from September 29, 2014 to October 6, 2014.  Plaintiff's reply is due no later than

6

October 10, 2014, at noon.  The hearing shall remain on calendar for October 16, 2014 at 10:00

7

a.m.

8

     **IT IS SO ORDERED**

9

10

Date: _____September 26, 2014_____

11

_____

12

The Honorable Vince Chhabria

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28