UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN VAN DUSEN,

    Plaintiff,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 13-cv-05023-VC

**ORDER DENYING MOTION TO RECUSE**

Van Dusen's motion to recuse is denied.

**IT IS SO ORDERED**.

Dated: November 20, 2014

VINCE CHHABRIA
United States District Judge