UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN VAN DUSEN,

    Plaintiff,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 13-cv-05023-VC

**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME**

Re: Doc. No. 199

Van Dusen's motion for an extension of time to respond to the defendants' motions is granted in part. Her responses to all pending motions, including the defendants' motions to strike, are due January 30, 2015. Any replies are due February 20, 2015. A hearing on all motions is scheduled for March 12, 2015. The Court will inform the parties in advance if it determines the motions may be decided without a hearing. Van Dusen is informed that any further requests for a continuance of the deadline to respond to the pending motions will be denied.

**IT IS SO ORDERED**.

Dated: December 17, 2014

VINCE CHHABRIA
United States District Judge