UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN VAN DUSEN,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 13-cv-05023-HSG

JUDGMENT

    Judgment is hereby entered consistent with the Court's Order Granting Defedants' Motions to Dismiss Second Amended Complaint,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 20th day of April, 2015.

Richard W. Wieking
Clerk of Court

By: 
Deputy Clerk